## GROUP UNDERWRITERS MUTUAL INSURANCE COMPANY, Respondent,

v.

## ABC CAB COMPANY, et al., Appellants.

No. 52540.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 22, 1987.

Jeanene Moenckmeier, St. Louis, for appellants.

Mark F. Haywood, John T. Murphy, St. Louis, for respondent.

### ORDER

PER CURIAM.

ABC Cab Company and Billy Joe Crabtree appeal from the trial court's declaratory judgment in favor of respondent Group Underwriters Mutual Insurance Company. We affirm. An extended opinion would serve no jurisprudential purpose. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).